Exhibit A to the Complaint

**Location:** Suffield, CT  
**Total Works Infringed:** 45  
**IP Address:** 70.188.158.37  
**ISP:** Cox Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6E6BFEFC1BD4B054C88A5C9F7E612FD1C4250A1D<br>File Hash: 13E34D265DEBDD8151A4C7A13434B7098F13F64614FFC8F9BF4E45F641CDB386 | 01-10-2022 23:55:24 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 2 | Info Hash: 2900CFC27264C41B9EC116A7F07D307C45D21B68<br>File Hash: 47603EC6297157F63FFE54B40DCFF805CB0AF168A2AFC44FC4DE5805747EF5C4 | 01-10-2022 23:44:17 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 3 | Info Hash: 8E469A7C3346C9C431044A6EBF72C0A49848C8F6<br>File Hash: 9258B7A04B140C7BE97A407CD7F02CF41CFE815B1B17E5BB3E022CF1FDE114CA | 12-20-2021 07:26:23 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |
| 4 | Info Hash: F384E970AC450A02931E74335A99876DCA5AFBFF<br>File Hash: 201D0FF4E41487C0C1B7C759ED7237173F0D4D0F56007F7D5EC7FE0E6CB68A0A | 12-20-2021 07:26:11 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 5 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash: 8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 12-20-2021 07:24:36 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 6 | Info Hash: 0F3369D56C12420526363EBE5C492385B9FDE5DE<br>File Hash: 2279D39687C78A02AD890FFC3B774535F38F009FC1B4BA4888B405D8B184D831 | 11-15-2021 22:53:19 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 7 | Info Hash: 8F5305E4A5285CF5A766334ABC97D190CB1AC874<br>File Hash: 84723E9F05287A7F8EA5504E6382D15F7CBAA540619211B9334DD6B6647267BB | 10-20-2021 04:28:38 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 8 | Info Hash: A4217C332CF806017EE6C8CF1E5151DFF8833788<br>File Hash: A5C5CCE866EC37B20892846DE00B32E7F46D3E3BCED9E20695DD1B57A161F291 | 07-04-2021 18:54:44 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 8EE948443FBE7B902CACD7BECB7FEF16C06E5747<br>File Hash: 15E258694DED57BC6C45BCE2EE94A799DB8994134024375CAFCCBC3B9C4ED9B4 | 07-04-2021 18:54:44 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 10 | Info Hash: 0F2348656BCA95DEFEDB64CE2ABC032472709F54<br>File Hash: 9DDAC032E4C0EAEF286FB2E54C4FE15F44C361508B56DFDDEE903CA16E742956 | 07-04-2021 18:54:44 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 11 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E<br>File Hash: 99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 07-04-2021 18:54:34 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 12 | Info Hash: DEAEF69A92F1519FAEC0425DEC4DC04534E71CF3<br>File Hash: 3CDA231B56F1E98746A3C2AE9ADD5702103A140C0D988E45ED3A56D5ADFF2FA5 | 07-04-2021 18:54:13 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 13 | Info Hash: ED7876C01554DC0240AEC5A97EC30C00050D406F<br>File Hash: 4516D9BAA03BE3C57E19ACC0A54C047E0FB91F2E2D968B4F274661933EEEB154 | 07-04-2021 18:54:12 | Blacked Raw | 05-24-2021 | 06-24-2021 | PA0002303153 |
| 14 | Info Hash: 32EAB20A9B2E50DC4BF56C17FE55379EAC2D35A4<br>File Hash: 332F47B8AE1F4C7DDDC90D81EDD3A996200C8249BC701F239B99D44E85F89892 | 07-04-2021 18:53:57 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 15 | Info Hash: 42ECAAEDF5FAE1D20495A16EE7297D12DE2F4692<br>File Hash: 2119CF5CC787DA3DCDBFB77F08C539EC3AAA2D732B0F6855457713266E2F89B9 | 07-04-2021 18:50:22 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 16 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash: B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 07-04-2021 18:44:09 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 17 | Info Hash: 2633CD97981B90290A6B07878DB24E95843051FD<br>File Hash: 12BFDB30AB4F19B7B4077D5B64A15D8A0C2A2F8AB5C3A0E5D9212F62656E8838 | 07-04-2021 18:44:02 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 74964D3B38DB0C336AE21C64536CCC10081EBDDF<br>File Hash: 296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 07-04-2021 18:43:51 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 19 | Info Hash: 9CD7CFD962DE7804CF2507733B747EEB28B25D1E<br>File Hash: CC3818D230E86A51A6697869E4F66F58703FCE9CA81ECB5782A8A652486993F1 | 07-04-2021 18:43:27 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 20 | Info Hash: 66E841DDD72A50FF74298079B63B8046D69081CA<br>File Hash: 64783253670BAC42DF82F0CC9608EDB50306F7A4E72DE0A5C15320491B71A48A | 07-04-2021 18:40:02 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 21 | Info Hash: 18FFD959AA2BCC3398C05A9891815D71F3AA86D8<br>File Hash: 1EE9ED77F80DC7E54E4C70CA5224704F43BB82A137114BF49F0E39D3F30780EA | 05-17-2021 17:57:18 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 22 | Info Hash: C98740C62F8F9C6B18747244C61404316A90AA7C<br>File Hash: 56A0813EBB70472E9743368766038D60CE524AF3A3E02C21CC91B5BF295DE28A | 05-17-2021 17:52:43 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 23 | Info Hash: 07505D1BF57DF4D79F0E6D0C802F273714F82B69<br>File Hash: 44F977A16AFCEE2BD4C403DBB7510F28AEE06CA03510AAF7793782EF9C9D86CA | 05-17-2021 17:51:53 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 24 | Info Hash: 338E433F3E451BB2217BF626F766609E431CC6E7<br>File Hash: 0567817E0C2AC63DFA227FA811FAEDEA563D748039F2A2B1F4B98DECE9B2614B | 05-03-2021 13:40:07 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 25 | Info Hash: 44B4AD7A047450E82E78476BCCB6F743AF7FA21A<br>File Hash: E48373889E5E612D0D275BAC65055D7D7DD02A206477BFBFBB7A7BD185C34BDF | 04-29-2021 04:26:32 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 26 | Info Hash: A5FE80F87C19CB5825283CDADB2CEEA147462E52<br>File Hash: A4715423738C9BC0E614DAB6564B71ABD125A7F02EDE7DCCD88A942E197AD133 | 02-10-2021 01:16:53 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 4EFB065D3B9E7A5DA5369BF70FADF3B1192119D6<br>File Hash: 2C29429773BBA5F4ADC6F4E543FE1A698556776657914B00438BBC30FBB29340 | 02-09-2021 21:05:17 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |
| 28 | Info Hash: 8CD924715A479D3D0E91C3B0E62BC25E883E62E5<br>File Hash: BDBCDF434CF419496FF3E8D769526E3BA168CCF989EE165CA197276A53CE6F04 | 02-09-2021 21:05:05 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 29 | Info Hash: 7A55D40C0AC6D4D98039ED938F88F0ECE565C3C2<br>File Hash: 13695C39A914DBC94B480E90A90A2B1226545E984E809BB8E11D7D0E88677BF0 | 01-06-2021 21:35:04 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 30 | Info Hash: DE2A31DEAF7DE642D1A76E3E43D4505CF47F8C04<br>File Hash: EAEB2C8533BDDF599E638D39F482EC672B1D7373A45661F686ADE3CD7D0B0E82 | 11-18-2020 16:14:52 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 31 | Info Hash: 30C2E5EEEBDF45D9C83127199FE070EEB091A96C<br>File Hash: 363C657260C54421DB941EE3B5764CF3DD8788F6570BF153BC16E19E0081CDC7 | 11-18-2020 16:14:41 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 32 | Info Hash: 434CDEA9A4E461DA9DB9DF7E96C1F733C273AB05<br>File Hash: 69D7A044616B2F1F42B2ED49D9E68488BF7B87739F3D0F97BFA8FF6B5FEB8EFF | 11-18-2020 16:13:51 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |
| 33 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash: EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 11-18-2020 16:05:54 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 34 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash: 76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 10-28-2020 22:11:17 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 35 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 10-28-2020 22:10:37 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10-28-2020 22:10:06 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 37 | Info Hash: 9B2D7FF24D25691FBFA67A7F19276AFE62D75467<br>File Hash: 743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 10-28-2020 22:02:04 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 38 | Info Hash: 0FFB0F410BBEF345F0A6D0C21F7245EF83162E9C<br>File Hash: C17D3B1AA6AFF175042CC65F9474EB194D120ECC79400261B4F6E8A3AB625E1C | 10-28-2020 22:01:29 | Blacked | 10-10-2020 | 10-22-2020 | PA0002261812 |
| 39 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 10-28-2020 22:00:11 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 40 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 10-28-2020 21:59:45 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 41 | Info Hash: 6E092D7A3453A1D45B1439231F12D419573100A7<br>File Hash: D8BF82073E2B68DD94CE8EB6D1D86B84A373A3C3A9FD4A6154CF46360F2A4686 | 07-24-2020 16:23:40 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 42 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 07-20-2020 03:16:31 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 43 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 07-20-2020 03:14:00 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |
| 44 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 07-20-2020 03:13:21 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 33A4F0957F39BD711E336BDA133DB458DE45E91A<br>File Hash: 3DAF85B3BD145FB374681902E3C68D3173421FC9206B8BF74BA9B2B8C8CA5ACD | 07-20-2020 03:12:53 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |